FILED

JAN 1 3 2015

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____MS_____
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | NO. MO-14-CR-207-RAJ |
| ) | |
| (1) JEREMI RAY McBRIDE ) | |

### FACTUAL BASIS

The Defendant has reviewed the evidence with counsel and agrees that the evidence is sufficient for the government to prove beyond a reasonable doubt that he did combine, conspire, confederate, and agree with Landon Kyle Conatser and with others known and unknown to possess with intent to distribute and distribute a controlled substance, which offense involved 500 grams or more of a mixture and substance containing methamphetamine[1], a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A). This offense occurred beginning on or about September of 2013 and continuing until on or about August of 2014 in the Western District of Texas and elsewhere.

Specifically, in January 2014 Drug Enforcement Administration agents began investigating a group of methamphetamine distributors in the Midland / Odessa area. Through the course of that investigation, Shawn Niece and Michael Brewer were identified as distributors of methamphetamine. JEREMI RAY McBRIDE and Landon Kyle Conatser were roommates who purchased methamphetamine from Niece and Brewer. McBRIDE and Conatser would then distribute that methamphetamine and allow others to distribute methamphetamine out of their residence.

---

1 The government will abandon the allegation that the offense involved 50 grams of actual methamphetamine and will move forward under the allegations of 500 grams or more of a mixture and substance containing methamphetamine.

Beginning in the fall of 2013, Niece and Brewer had shipments of one pound quantities of methamphetamine delivered from California to different addresses in the Odessa area. One of the packages was delivered to the residence in Gardendale where Conatser and McBRIDE lived and both were aware that the package contained methamphetamine.

Conatser also introduced Niece to McBRIDE. McBRIDE introduced Niece to a methamphetamine source of supply in Lubbock who sold Niece a quarter-pound of methamphetamine on at least two occasions (226.80 grams).

McBRIDE admits and agrees that he conspired with Conatser, Brewer, Niece and others to distribute well over 500 grams of a mixture and substance containing methamphetamine.

Date: 1/13/15

_____
JEREMI RAY McBRIDE
Defendant

Date: 1/13/15

_____
TOM MORGAN
Attorney for Defendant

Date: 1/13/15

RICHARD L. DURBIN, JR.
ACTING UNITED STATES ATTORNEY

By: _____
V. LATAWN WARSAW
Assistant United States Attorney
WI State Bar No. 1037786
400 W. Illinois, Suite 1200
Midland, Texas 79701
(432) 686-4110