IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. MO-14-CR-207 |
| | § | |
| JEREMI MCBRIDE, | § | |
| Defendant | § | |

DEFENDANT'S FIRST MOTION FOR CONTINUANCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW the Defendant, JEREMI MCBRIDE, by and through his attorney of record, Thomas S. Morgan, and files this his First Motion For Continuance, and as grounds for such Motion would respectfully show this Court as follows:

1. This case is set for sentencing on March 26, 2015 at 9:15 a.m.

2. Counsel for the Defendant requests a continuance on the grounds that the Defendant's mother and father desire to attend the sentencing of the Defendant; However, they will be out of the country on March 26, 2015 through April 6, 2015. The Defendant's mother and father have paid for this out of country trip well in advance, and is unable to re-schedule or receive refund.

3. This is Defendant's First Motion For Continuance regarding the sentencing.

4. This Motion is not made for delay only, but solely that justice may be done.

5. Accordingly, the Defendant requests the sentencing be rescheduled to sometime in the future.

WHEREFORE, the Defendant prays that this Motion For Continuance be, in all things granted, and that the sentencing hearing be reset until a later date.  The Defendant further prays for any and all other relief to he may be justly entitled.

                                      THOMAS S. MORGAN
                                      ATTORNEY AT LAW
                                      1902 W. ILLINOIS
                                      MIDLAND, TEXAS 79701
                                      (432) 683-2703
                                      (432) 684-7314 FAX NUMBER
                                      STATE BAR I.D. NO. 14452500
                                      ATTORNEY FOR DEFENDANT

                                      By:    /S/ Thomas S. Morgan
                                      THOMAS S. MORGAN

**STATE OF TEXAS**     §
                              §
**COUNTY OF MIDLAND**  §

    I, Thomas S. Morgan, hereby certify that the facts and allegations contained in this Motion for Continuance are, to the best of my information and belief, true and correct.

                                          /s/ Thomas S. Morgan
                                        THOMAS S. MORGAN

    **SWORN TO AND SUBSCRIBED BEFORE ME**, the undersigned Notary Public, on this the 20th day of January, 2015.

                                          /s/ Mandy Choat
                                        NOTARY PUBLIC, State of Texas

CERTIFICATE OF SERVICE

I, Thomas S. Morgan, hereby certify that on the 20th day of January, 2015, a true and correct copy of the foregoing First Motion For Continuance was delivered via facsimile to the United States Attorney, Latawn Warsaw, at 686-4131.

    /s/ Thomas S. Morgan
THOMAS S. MORGAN

CERTIFICATE OF CONFERENCE

This is to certify that on the 20th of January, 2015, counsel spoke with United States Attorney, Latawn Warsaw, who does not oppose this motion being granted.

    /s/ Thomas S. Morgan
THOMAS S. MORGAN

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **NO. MO-14-CR-207** |
| | § | |
| **JEREMI MCBRIDE,** | § | |
| **Defendant** | § | |

<u>ORDER GRANTING DEFENDANT'S FIRST MOTION FOR CONTINUANCE</u>

On this the _____ day of _____, 2015, the Court having duly considered the foregoing Motion, finds that such Motion should in all things be granted.

IT IS THEREFORE ORDERED that the sentencing be and is hereby continued.

IT IS FURTHER ORDERED that the sentencing be rescheduled for the _____ day of _____, 2015, at _____ o'clock ____.m.

SIGNED on this the _____ day of _____, 2015.

_____
JUDGE PRESIDING