UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | MO:14-CR-00207(1)-RAJ |
| | § | |
| (1) JEREMI RAY MCBRIDE | § | |

## ORDER GRANTING MOTION AND RESETTING SENTENCING IN MIDLAND

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCING IN MIDLAND** in Courtroom 3, on the Third floor of the United States Courthouse, 200 E. Wall, Midland, TX, on **Thursday, April 16, 2015 at 09:15 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 22nd day of January, 2015.

_____
ROBERT JUNELL
UNITED STATES DISTRICT JUDGE